**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 08-50453 |
| Plaintiff - Appellee, | D.C. No. 2:08-cr-00322-R |
| v. | |
| DASHON LAVAR RICHARDSON, | MEMORANDUM [*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the Central District of California
Manuel L. Real, District Judge, Presiding

Submitted January 11, 2010 [**]

Before: BEEZER, TROTT, and BYBEE, Circuit Judges.

Dashon Lavar Richardson appeals from his guilty-plea conviction and 168-month sentence for distribution of cocaine base in the form of crack cocaine, in

---

[*] This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**] The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

EF/Research

violation of 21 U.S.C. § 841(a)(1). Pursuant to *Anders v. California*, 386 U.S. 738 (1967), Richardson's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. The appellant has filed a pro se supplemental brief and a pro se motion to "consolidate issues and facts within his motion." The government has filed a motion to summarily affirm the conviction and dismiss the appeal for lack of jurisdiction.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80-81 (1988), discloses no arguable grounds for relief on direct appeal.

The government's motion is **DENIED.** *See United States v. Jacobo Castillo*, 496 F.3d 947, 957 (9th Cir. 2007) (en banc). The appellant's pro se motion is also **DENIED.**

Counsel's motion to withdraw is **GRANTED**, and the district court's judgment is **AFFIRMED.** However, we **REMAND** sua sponte for the limited purpose of correcting the judgment to reflect that the term of supervised release is five years for Count 4 and three years for Count 7, to run concurrently. *See* 18 U.S.C. § 3583(b); 21 U.S.C. § 841(b)(1)(B)-(C).